| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: <br> EASTERN DISTRICT OF LOUISIANA | |
| Case number *(if known)* _____ Chapter __11__ | ☐ Check if this is an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **National Food & Beverage Foundation** | |
| 2. | All other names debtor used in the last 8 years <br> Include any assumed names, trade names and *doing business as* names | **DBA Southern Food and Beverage Museum** | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **33-1081281** | |
| 4. | Debtor's address | **Principal place of business** <br><br> **1504 O.C. Haley Blvd.** <br> **New Orleans, LA 70113** <br> Number, Street, City, State & ZIP Code <br><br> **Orleans** <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **www.southernfood.org** | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ | |

Debtor **National Food & Beverage Foundation**        Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor **National Food & Beverage Foundation** Case number (*if known*)
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in *this district*?** *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds** *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor **National Food & Beverage Foundation**  Case number (*if known*)
Name

☐ $50,001 - $100,000  ☐ $10,000,001 - $50 million  ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000  ☐ $50,000,001 - $100 million  ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million  ☐ $100,000,001 - $500 million  ☐ More than $50 billion

Debtor **National Food & Beverage Foundation**　　　　　Case number (*if known*)
　　　　Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 14, 2025**
　　　　　　　MM / DD / YYYY

X **/s/ Constance Jackson**　　　　　　　　**Constance Jackson**
Signature of authorized representative of debtor　　Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Leo D. Congeni**　　　　　　　　Date **May 14, 2025**
Signature of attorney for debtor　　　　　　　　MM / DD / YYYY

**Leo D. Congeni 25626**
Printed name

**Congeni Law Firm, LLC**
Firm name

**650 Poydras St., Ste. 2750**
**New Orleans, LA 70130**
Number, Street, City, State & ZIP Code

Contact phone **(504) 522-4848**　　Email address **leo@congenilawfirm.com**

**25626 LA**
Bar number and State

Official Form 201　　**Voluntary Petition for Non-Individuals Filing for Bankruptcy**　　page 5

## **CERTIFICATE OF RESOLUTIONS**

The undersigned, being the President of the National Food & Beverage Foundation (the "**Company**"), hereby certifies that at a special meeting of the Board of Directors of the Company duly called and held on May 6, 2025, the following resolutions were duly adopted in accordance with the requirements of the Louisiana's General Corporation Law (La. R.S. 12:1, *et seq.*) and that said resolutions have not been modified or rescinded and are still in full force and effect on the date hereof:

> **RESOLVED**, that, in the judgment of the Board of Directors of the Company, it is desirable and in the best interests of the Company, its creditors, employees, and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and it was further

> **RESOLVED**, that the President Constance Jackson or such other appropriate officer of the Company is hereby authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify petitions under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Eastern District of Louisiana at such time as said manager executing the same shall determine; and it was further

> **RESOLVED**, that the Congeni Law Firm, LLC is hereby employed as attorneys for the Company in the Company's chapter 11 case, subject to bankruptcy court approval; and it was further

> **RESOLVED**, that the appropriate officer(s) of the Company are hereby authorized, empowered and directed to execute and file all schedules, motions, lists, applications, pleadings, plans and other papers, and, in that connection, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals, and to take and perform any and all further acts and deeds which they deem necessary, proper, or desirable in connection with the Company's chapter 11 case, with a view to the successful prosecution of such case; and it was further

> **RESOLVED**, that the appropriate officer(s) of the Company are hereby authorized, empowered and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file and/or record, and perform, such agreements, instruments, motions, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates or other documents, and to take such other action, as in the judgment of such officer(s) shall

be or become necessary, proper and desirable to effectuate a successful reorganization or liquidation of the Company's business; and it was further

**RESOLVED**, that any and all past actions heretofore taken by Board of Directors and officers of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed and approved.

IN WITNESS WHEREOF, I have hereunto set my hand this 6th day of May, 2025.

**National Food & Beverage Foundation**

*/s/ Constance Jackson*

**By:** **Constance Jackson**
  **President**

Fill in this information to identify the case:

Debtor name: **National Food & Beverage Foundation**
United States Bankruptcy Court for the: **EASTERN DISTRICT OF LOUISIANA**
Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Aileen Paraguya<br>1915 Peniston St.<br>New Orleans, LA 70115 | | Service Fee | | | | $650.00 |
| AMEX<br>PO Box 6031<br>Carol Stream, IL 60197 | | Credit Card | Disputed | | | $32,332.76 |
| BlueBooks Barkeeps<br>8203 Zimpel St.<br>New Orleans, LA 70118 | | Service Fee | | | | $2,961.89 |
| City of New Orleans<br>PO Box 61840<br>New Orleans, LA 70161 | | Sales Tax | Disputed | | | $1,300.00 |
| City of New Orleans Bureau of the Treasury<br>1300 Perdido St., Room 1W40<br>New Orleans, LA 70112 | | Property Taxes | Disputed | | | $21,969.27 |
| City of NO OPSE<br>1601 Perdido St.<br>Blg. H, Suite 3H112<br>New Orleans, LA 70112 | | Service Fee | | | | $494.00 |
| Elizabeth Williams<br>2017 Charles Dr.<br>Chalmette, LA 70043 | | Professional Services | | | | Unknown |
| Entergy<br>P.O. Box 8106<br>Baton Rouge, LA 70891-0837 | | Utility | | | | $38,975.61 |

Debtor **National Food & Beverage Foundation**  
      Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **ERC Specialists**<br>560 E Timpanagos Circle<br>Orem, UT 84097 | | Service Fee | | | | $6,376.00 |
| **Fire & Safety Commodities, Inc.**<br>245 Woodland Dr.<br>La Place, LA 70068 | | Service Fee | | | | $1,869.33 |
| **Longleaf Services**<br>116 S. Boundary St.<br>Chapel Hill, NC 27514 | | Books | | | | $576.85 |
| **Maureen Kerkovich**<br>1209 Beron Dr.<br>Metairie, LA 70003 | | Commission | | | | Unknown |
| **MCC Magazines**<br>PO Box 936562<br>Atlanta, GA 31193 | | Advertising | Disputed | | | $3,000.00 |
| **New Orleans Opera**<br>PO Box 52108<br>New Orleans, LA 70152 | | Rights Fee | | | | $35,000.00 |
| **Northeast Bank**<br>c/o Peter S. Title<br>400 Poydras St., Ste. 2550<br>New Orleans, LA 70130 | | Municipal Address: 1830-32 Martin Luther King Blvd., New Orleans, LA (see legal description attached hereto) | Unliquidated Disputed | $3,000,000.00 | $1,850,000.00 | $1,150,000.00 |
| **River Parish Disposal, LLC**<br>PO Box 10482<br>New Orleans, LA 70181-0482 | | Trash Collection | Disputed | | | $560.00 |
| **Roof-Tech**<br>PO Box 1328<br>Harvey, LA 70058 | | Service Fee | | | | $1,711.00 |
| **Sewerage and Water Board of New Orleans**<br>625 St. Joseph Street, Rm 154<br>New Orleans, LA 70165 | | Utility | Disputed | | | $10,000.00 |
| **State of Louisiana**<br>PO Box 201<br>Baton Rouge, LA 70821 | | Sales Tax | Disputed | | | $800.00 |

Debtor **National Food & Beverage Foundation**  
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Transworld for Auto Chlor**<br>**500 Virginia Dr., Suite 514**<br>**Fort Washington, PA 19034** | | **Collections** | | | | $979.49 |

Aileen Paraguya
1915 Peniston St.
New Orleans, LA 70115


AMEX
PO Box 6031
Carol Stream, IL 60197


BlueBooks Barkeeps
8203 Zimpel St.
New Orleans, LA 70118


Capital City Press
PO Box 613
Baton Rouge, LA 70821


City of New Orleans
Bureau of the Treasury
1300 Perdido St., Room 1W40
New Orleans, LA 70112


City of New Orleans
PO Box 61840
New Orleans, LA 70161


City of New Orleans
Dept. 165025
PO Box 62600
New Orleans, LA 70162


City of NO OPSE
1601 Perdido St.
Blg. H, Suite 3H112
New Orleans, LA 70112


Clayton Fossett
2001 Jackson Ave.
New Orleans, LA 70113


Constance Jackson
2409 Upperline St.
New Orleans, LA 70115

DA Exterminating
4440 Wabash St.
Metairie, LA 70001

Elizabeth Williams
2017 Charles Dr.
Chalmette, LA 70043

Entergy
P.O. Box 8106
Baton Rouge, LA 70891-0837

ERC Specialists
560 E Timpanagos Circle
Orem, UT 84097

Feathr
104 N Main St., Suite 600
Gainesville, FL 32601

Fire & Safety Commodities, Inc.
245 Woodland Dr.
La Place, LA 70068

Glass Half Full
3935 Louis St.
New Orleans, LA 70126

Internal Revenue Service
District Counsel
P.O. Box 30509
New Orleans, LA 70190

IV Waste Inc.
730 South Pierce St.
New Orleans, LA 70119

Longleaf Services
116 S. Boundary St.
Chapel Hill, NC 27514

Maureen Kerkovich
1209 Beron Dr.
Metairie, LA 70003

MCC Magazines
PO Box 936562
Atlanta, GA 31193


National Book Network Inc.
PO Box 536139
Pittsburgh, PA 15253


New Orleans Opera
PO Box 52108
New Orleans, LA 70152


Northeast Bank
c/o Peter S. Title
400 Poydras St., Ste. 2550
New Orleans, LA 70130


Northeast Bank
One Marina Park Dr. Floor 8
Boston, MA 02210


River Parish Disposal, LLC
PO Box 10482
New Orleans, LA 70181-0482


Roof-Tech
PO Box 1328
Harvey, LA 70058


Sewerage and Water Board of New Orleans
625 St. Joseph Street, Rm 154
New Orleans, LA 70165


SOFAB New Orleans Investments, LLC
1504 O.C. Haley Blvd.
New Orleans, LA 70113


Star Lock and Key
101 Padadena Ave.
Metairie, LA 70001


State of Louisiana
PO Box 201
Baton Rouge, LA 70821

```
Transworld for Auto Chlor
500 Virginia Dr., Suite 514
Fort Washington, PA 19034


Water Block Kids
3157 Gentilly Blvd.
#2286
New Orleans, LA 70122
```